**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

August 24, 2023

**LETTER ORDER**

Re:   **Donohue v. Capella University, LLC, et al.**
      **Civil Action No. 22-5634 (CCC)**

Dear Counsel,

In light of the Court's August 23, 2023 Order granting Defendants' motion to dismiss Plaintiff's Amended Complaint and granting Plaintiff leave to file a Second Amended Complaint within thirty (30) days [Dkt. No. 38], the telephone conference scheduled in this matter for **September 12, 2023 at 10:30 AM** is adjourned to **October 16, 2023 at 12:00 PM**.

IT IS SO ORDERED.

      s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**