Heather Weine Brochin
DAY PITNEY LLP
One Jefferson Road
Parsippany, NJ 07054-2891
(973) 966-6300

hbrochin@daypitney.com

**ATTORNEYS FOR** Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW DONOHUE, | : Civil Action No. 2:22-cv-5634 |
| Plaintiff, | : |
| v. | : |
| CAPELLA UNIVERSITY, LLC, *et al.* | : **NOTICE OF WITHDRAWAL DION** |
| Defendants. | **FARGANIS** |
| | : (Document Filed Electronically) |
| | : |
| | : |

**PLEASE TAKE NOTICE** that Dion Farganis, who was admitted *pro hac vice* on behalf of Defendants, withdraws his appearance in the above-captioned matter. Heather Weine Brochin of Day Pitney LLP will continue to serve as counsel to Defendants.

Dion Farganis, Esq. (admitted *pro hac vice*)
Lathrop GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN  55402

Withdrawing Attorney


_/s/ Heather Weine Brochin_

Heather Weine Brochin, Esq.
(Attorney of Record)
DAY PITNEY LLP

(973) 966-8199

hbrochin@daypitney.com

Attorneys for Defendants

Dated: September 26, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice of Withdrawal was filed electronically with the United States District Court for the District of New Jersey through the Court's ECF System on this date. The Notice of Electronic Filing constitutes service on all parties under Rule 14(b)(1) of this Court's ECF Policies and Procedures listed in Local Civil Rule 5.2. Because counsel Keith Altman, Esq. does not appear to be listed as an ECF filer in this matter, we are sending a copy of the Notice of Withdrawal via e-mail to the following:

 Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Counsel for Plaintiff*

Dated: September 26, 2023

                                        /s/ Heather Weine Brochin
                                        HEATHER WEINE BROCHIN
                                            For the Firm