**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

October 3, 2023

<u>**LETTER ORDER**</u>

Re:   <u>**Donohue v. Capella University, LLC, et al.**</u>
         **Civil Action No. 22-5634 (CCC)**

Dear Counsel,

The telephone conference scheduled in this matter for **<u>October 16, 2023 at 12:00 PM</u>** is adjourned to **<u>October 25, 2023 at 12:30 PM</u>**.

**IT IS SO ORDERED.**

        s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**