# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW DONOHUE,<br>*Plaintiff,*<br><br>v.<br><br>CAPELLA UNIVERSITY, LLC, in its official capacity; and DOE DEFENDANTS 1-20, in their official and individual capacity,<br><br>*Defendants.* | Case No. 2:22-cv-5634-CCC-JBC<br><br>**[PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF'S COUNSEL TO WITHDRAW**<br><br>***DOCUMENT FILED ELECTRONICALLY*** |

**THIS MATTER** having been brought before the Court on Plaintiff Counsel's Motion to Withdraw as Counsel for Plaintiff Matthew Donohue; and the Court having reviewed the moving papers; and there being no opposition; and considered this matter pursuant to L.Civ.R.102.1, and finding good cause exists for Plaintiff's counsel to withdraw and that such withdrawal can be accomplished without material adverse effect on Plaintiff's interests;

**IT IS** on this ____ day of _____, 2023, hereby

**ORDERED** that the Motion to Withdraw is **GRANTED** and attorneys Keith Altman, Solomon M. Radner and The Law Office of Keith Altman shall be terminated as counsel.

**IT IS FURTHER ORDER** that Plaintiff's counsel shall serve a copy of this Order on Plaintiff within 14 days.

_____
**MAGISTRATE JUDGE**
**JAMES B. CLARK, III**