## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT ST. ROOM 2060**
**NEWARK, NJ 07102**

November 20, 2023

## LETTER ORDER

Re:   **Donohue v. Capella University, LLC, et al.**
      **Civil Action No. 22-5634 (CCC)**

Dear Counsel,

The Court is in receipt of a motion by Solomon M. Radner, Esq. of Radner Law Group, PLLC seeking to withdraw as counsel for Plaintiff in this matter. *See* Dkt. No. 54. The telephone conference scheduled in this matter for **February 13, 2024 at 10:30 AM** is hereby converted to a telephonic hearing to address the pending motion to withdraw. Counsel for Plaintiff shall initiate the call and shall serve a copy of this Order on Plaintiff and file proof of such service with the Court. Plaintiff, Plaintiff's counsel and counsel for Defendants shall participate in the hearing.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**