Keith Altman, Esq. (*pro hac vice*)
Solomon M. Radner, Esq. (283502018)
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
solomonradner@kaltmanlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW DONOHUE,<br>*Plaintiff,*<br><br>v.<br><br>CAPELLA UNIVERSITY, LLC, in its official capacity; and DOE DEFENDANTS 1-20, in their official and individual capacity,<br><br>*Defendants.* | Case No. 2:22-cv-5634-CCC-JBC<br><br>***DOCUMENT FILED ELECTRONICALLY*** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, Plaintiff Matthew Donohue was served with a copy of this Court's Letter Order dated November 20, 2023 [ECF Doc. 55] via US Postal Service and electronic mail, in accordance with the Order, at the below listed address.

Matthew Donohue
242 2nd Street
Dunellen, NJ 08812
Email: mattyd37@yahoo.com

Dated: November 21, 2023              Respectfully submitted,

                                                                */s/ Keith Altman*
Keith Altman, Esq. (*pro hac vice*)
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*/s/ Solomon M. Radner*
Solomon M. Radner, Esq. (283502018)
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: solomonradner@kaltmanlaw.com

*Attorneys for Plaintiff*

2