**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

January 24, 2024

**LETTER ORDER**

Re:   **Donohue v. Capella University, LLC, et al.**
      **Civil Action No. 22-5634 (CCC)**

Dear Counsel,

The hearing regarding the pending motion by Solomon M. Radner, Esq. of Radner Law Group, PLLC to withdraw as counsel for Plaintiff [Dkt. No. 54] scheduled in this matter for **February 13, 2024 at 10:30 AM** is adjourned to **February 27, 2024 at 12:30 PM**. Counsel for Plaintiff shall initiate the call and shall serve a copy of this Order on Plaintiff and file proof of such service with the Court. Plaintiff, Plaintiff's counsel and counsel for Defendants shall participate in the hearing.

   **IT IS SO ORDERED.**

                                          s/ James B. Clark, III
                                          **JAMES B. CLARK, III**
                                          **United States Magistrate Judge**