

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

**HEATHER WEINE BROCHIN**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8199 F: (973) 273-4595
hbrochin@daypitney.com

February 8, 2024

<u>**VIA FACSIMILE**</u>
The Honorable James B Clark, III, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Court Room MLK 2A
Newark, NJ 07102

    Re:    <u>Matthew Donohue v. Capella University, LLC, et al.</u>
           <u>Civil Action No: 22-5634 (CCC)</u>

Dear Judge Clark:

    We represent Defendant Capella University, LLC in the above-referenced matter and write to request an adjournment of the hearing regarding the Motion to Withdraw filed by counsel for Plaintiff Matthew Donohue currently scheduled for February 27, 2024, at 12:30 p.m.

    On November 16, 2023, Keith Altman and Solomon M. Radner of The Law Office of Keith Altman filed a motion seeking to withdraw as counsel for Plaintiff in this matter. (ECF No. 54). On November 20, 2023, Your Honor entered an Order scheduling a hearing regarding that motion to be held on February 13, 2024, at 10:30 a.m. (ECF No. 55). On January 24, 2024, Your Honor entered another Order rescheduling that hearing to February 27, 2024, at 12:30 p.m. (ECF No. 57).

    Due to co-counsel's previously scheduled conflict in another court, and with the consent of opposing counsel, Defendant respectfully requests an adjournment of the February 27, 2024 hearing. Having met and conferred with opposing counsel, Defendant respectfully proposes one of the following dates for the rescheduled hearing: February 29, 2024; March 1, 2024; or March 4, 2024.

    We thank Your Honor for Your Honor's time and attention to this matter.

                                   Respectfully Submitted,

                                   Heather Weine Brochin

cc:    All counsel of record (via electronic mail)

117938399.2