**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

June 4, 2024

**LETTER ORDER**

Re:   **Donohue v. Capella University, LLC, et al.**
      **Civil Action No. 22-5634 (CCC)**

Dear Plaintiff and Counsel,

The telephone conference scheduled in this matter for **June 11, 2024 at 10:00 AM** is adjourned to **July 23, 2024 at 12:30 PM**.

IT IS SO ORDERED.

                                                  s/ James B. Clark, III
                                                  **JAMES B. CLARK, III**
                                                  **United States Magistrate Judge**